

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2020

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Derrick Casado*, S1 19 Cr. 761 (JPO)

Dear Judge Oetken,

  The Government writes with sadness to report that it has learned attorney Kenneth Paul, Esq. recently passed away. First and foremost, the Government extends condolences to Mr. Paul's family and friends, including those who have served with him for many years on the Southern District's Criminal Justice Act panel.

  Mr. Paul was appointed to represent defendant Derrick Casado in this matter. The Government respectfully requests the Court appoint Casado new counsel from the CJA panel as soon as reasonably practicable. A list of attorneys with conflicts of interest will be provided to the Court *ex parte* and via e-mail, in part to maintain the confidentiality of cooperating witnesses and potential witnesses.

> CJA counsel Valerie Gotlib is hereby appointed to represent defendant Derrick Casado.
> So ordered.
> May 13, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

*/s/ Frank J. Balsamello*

Frank J. Balsamello / Jamie Bagliebter
Assistant United States Attorneys
(212) 637-2325 / -2236

_____
J. PAUL OETKEN
United States District Judge