UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

  -against-

DARRELL LAWRENCE, et al.,

        Defendants.

19 Cr. 761 (JPO)

[ORDER

---

Upon the application of Derrick Casado, a defendant in this matter, by his attorney Valerie A. Gotlib, for an order authorizing the appointment of Jacob Mitchell, Esq. *nunc pro tunc* pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Jacob Mitchell, Esq. is appointed *nunc pro tunc* to May 15, 2020, to assist in the representation of Derrick Casado in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Dated: New York, New York
      May 26, 2020

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge