UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                              19-CR-761-4 (JPO)

DERRICK CASADO,                                                 ORDER

                                        Defendant.

J. Paul Oetken, District Judge:

The C.J.A. attorney previously appointed in this case, Valerie Gotlib, is hereby relieved

as counsel. C.J.A. attorney Grainne O'Neill is hereby appointed to represent the defendant.


SO ORDERED

Dated:  April 24, 2026
        New York, New York

_____
            J. PAUL OETKEN
        United States District Judge